(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgment in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
08/29/2013
Clerk, U.S. District Court
Western District of Texas

by:  J. BEJARANO
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CASE NUMBER: EP:13-M -03801(1) - NJG |
| vs. | § USM Number: 23794-380 |
| | § |
| (1) Alma Angelica Ibarra-Meza | § |
| Defendant. | |

### JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Alma Angelica Ibarra-Meza, was represented by counsel, Randolph Joseph Ortega.

The defendant pled guilty to the complaint on August 29, 2013. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | August 19, 2013 |

As pronounced on August 29, 2013, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of  **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed this the 29th day of August, 2013

_____
NORBERT J GARNEY
U.S. MAGISTRATE JUDGE

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| TXW | (1) Alma Angelica Ibarra-Meza | | |

| 3. MAG. DKT/DEF. NUMBER | 4. DIST.DKT./DEF.NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| EP:13-M -03801(1) | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| U.S. vs. (1) Alma Angelica Ibarra-Meza | Petty Offense | Adult Defendant | Criminal Case |

11. **OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
8 USC 1325(a)(1) - IMPROPER ENTRY BY AN ALIEN 8 USC 1325(a)(1)

12. **ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS
Ortega, Randolph Joseph
609 Myrtle Suite 100
El Paso, TX 79901

Telephone Number: (915)542-1883

14. **NAME AND MAILING ADDRESS OF LAW FIRM** (Only provide per instructions)

13. **COURT ORDER**
[X] O Appointing Counsel  [ ] C Co-Counsel
[ ] F Subs for Federal Defender  [ ] R Subs for Retained Attorney
[ ] P Subs for Panel Attorney  [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
[ ] Other (See Instructions)

_Signature of Presiding Judicial Officer or By Order of the Court_
08/20/2013
Date of Order    Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment  [ ] YES  [ ] NO

## CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $         ) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $         ) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|
| FROM: _____  TO: _____ | | |

22. **CLAIM STATUS**  [ ] Final Payment  [ ] Interim Payment Number ___  [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? [ ] YES [ ] NO  If yes, were you paid? [ ] YES [ ] NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? [ ] YES [ ] NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney _____  Date _____

### APPROVED FOR PAYMENT -- COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDGE | | DATE | 28a. JUDGE CODE |
|---|---|---|---|
| | | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
08/20/2013
Clerk, U.S. District Court
Western District of Texas

by: J. BEJARANO
Deputy

| | |
|---|---|
| USA | § |
| vs. | § CASE NUMBER: EP:13-M-03801(1) |
| (1) Alma Angelica Ibarra-Meza | § |
| | Interpreter: Spanish |

TIME: 0 minutes   p.m. to p.m

**PROCEEDINGS SHEET*/CRIMINAL NOTICE**   8 USC 1325(a)(1)

TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| United States Courthouse<br>525 Magoffin<br>El Paso, Texas 79901 | **Magistrate Courtroom #512**<br>DATE AND TIME<br>**August 29, 2013 at 11:00 AM** |

TYPE OF PROCEEDING

## MISDEMEANOR ARRAIGNMENT

**NORBERT J GARNEY**
UNITED STATES MAGISTRATE JUDGE

| August 20, 2013 | Jode Bejarano     (915) 834-0505 |
|---|---|
| INITIAL APPEARANCE DATE ** | (BY) DEPUTY CLERK |

TO: DEFENDANT
    DFT ATTORNEY    **Ortega, Randolph Joseph(CJA) - (915)542-1883**
    U.S. PROBATION
    U.S. PRETRIAL
    U.S. ATTORNEY
    U.S. MARSHAL
    AGENCY / AGENT:   **El Paso Sector Border Patrol - Saenz, Ramon**

  **X**    Bond set at **$10,000 Cash or Corporate Surety**

* Defendant afforded initial appearance pursuant to Fed.R.Crim.P.5. informed of charges, penalties, right to remain silent, right to preliminary examination, right to be represented by counsel, and to appointment of counsel if Defendant is financially unable to obtain counsel, and the circumstances under which Defendant may secure pretrial release.  ** Initial appearance for Defendant is electronically recorded.

AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
08/20/2013
Clerk, U.S. District Court
Western District of Texas

by: J. BEJARANO
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:13-M -03801(1) - NJG |
| | § |
| (1) Alma Angelica Ibarra-Meza | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 19, 2013** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The Defendant, Alma Angelica IBARRA-Meza, an alien to the United States and a citizen of Mexico, claims to have entered the United States from the Republic of Mexico by wading the Rio Grande River on August 19, 2013, one mile east of the Bridge of the Americas in El Paso, Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers and is in the Western District of Texas."*

Continued on the attached sheet and made a part hereof:    [X] Yes  [ ] No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Saenz, Ramon
Border Patrol Agent

August 20, 2013                                    at   EL PASO, Texas
Date                                                    City and State

NORBERT J GARNEY
U.S. MAGISTRATE JUDGE                                   Signature of Judge

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) Alma Angelica Ibarra-Meza

FACTS   (CONTINUED)

The Defendant, Alma Angelica IBARRA-Meza, an alien to the United States and a citizen of Mexico, claims to have entered the United States from the Republic of Mexico by wading the Rio Grande River on August 19, 2013, one mile east of the Bridge of the Americas in El Paso, Texas. The place where the Defendant entered is not designated as a Port of Entry by immigration officers and is in the Western District of Texas.

On August 19, 2013, at approximately 12:47 a.m., Border Patrol Agent Brett Laug observed footprints near the American Canal approximately one mile east of the Bridge of the Americas Port of Entry in El Paso, Texas. Border Patrol Agent Jeff Vining responded to the location, and followed the footprints north across Cesar Chavez Border Highway, and into Modesto-Gomez Park. After an extensive search of the area, Agent Vining was able to make contact with two individuals as they were attempting to conceal themselves inside the bushes at the Lady of the Light Church on Delta Drive. Agent Vining approached the two individuals, who were wet and muddy, identified himself as a United States Border Patrol Agent, and questioned them as to their citizenship. An individual later identified as the defendant, IBARRA-Meza, Alma Angelica, admitted to being a citizen of Mexico and after a field interview was conducted it was determined that the defendant was not in possession of immigration documents that would allow her to be, enter or remain in the United States legally. The defendant was arrested and transported to the Paso Del Norte Processing center for further questioning. At the processing center, the defendant was enrolled into the E3/IDENT/IAFIS system utilizing her fingerprints and photo. The system identified the defendant and revealed prior immigration and no criminal history. The defendant was read her rights as per Form I-214, in the Spanish language, which she acknowledged that she understood by signing the form. Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
Deported- 1X, 08/07/2013, EL PASO, TX.

CRIMINAL HISTORY:
NONE